```
 1   QUIN DENVIR, Bar #49374
     Federal Defender
 2   DANIEL J. BRODERICK, Bar #89424
     Chief Assistant Federal Defender
 3   801 I Street, 3rd Floor
     Sacramento, California 95814
 4   Telephone: (916) 498-5700
     Telecopier:(916) 498-5710
 5
     Attorneys for Defendant
 6   FAITH EURIE-TURNER
 7
 8                 IN THE UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,    )  NO. CR S-05-196-PAN
                                  )
12                 Plaintiff,     )
                                  )  STIPULATION SCHEDULING STATUS
13        v.                      )  CONFERENCE AND EXCLUDING TIME;
                                  )  ~~PROPOSED~~ ORDER
14   FAITH EURIE-TURNER,          )
                                  )
15                 Defendant.     )  Judge: Hon. Peter A. Nowinski
                                  )
16   _____  )
17
18        Plaintiff United States of America and Defendant FAITH EURIE-
     TURNER, through their respective attorneys, hereby stipulate and agree
19
     to schedule a status conference in this matter for July 28, 2005, at
20
     9:00 a.m.  The parties have met and conferred regarding this case and
21
     anticipate that the case can be resolved.  However, the case has
22
     recently been reassigned within the Federal Defender's office and the
23
     undersigned needs additional time to review the discovery and discuss
24
     this case with Ms. Eurie-Turner.
25
          The parties further stipulate and agree that the time period from
26
     today, June 16, 2005, to July 28, 2005, be excluded under the Speedy
27
     Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the
28
```

1    failure to grant such a continuance would deny counsel for the

2    defendants the reasonable time necessary for effective preparation,

3    taking into account the exercise of due diligence.

4       Dated: June 16, 2005          Respectfully submitted,

5    McGREGOR W. SCOTT                 QUIN DENVIR
     United States Attorney           Federal Defender

6

7

8    /s/ Daniel S. Linhardt           /s/ Daniel J. Broderick
     DANIEL S. LINHARDT               DANIEL J. BRODERICK
     Assistant U.S. Attorney          Chief Assistant Federal Defender

9

10   Attorneys for Plaintiff          Attorneys for Defendant
     UNITED STATES OF AMERICA         FAITH EURIE-TURNER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S-05-196-PAN |
| | ) | |
|             Plaintiff, | ) | |
| | ) | ORDER SCHEDULING STATUS |
|    v. | ) | CONFERENCE |
| | ) | |
| FAITH EURIE-TURNER, | ) | |
| | ) | Judge: Hon. Peter A. Nowinski |
|            Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties, filed on June 16, 2005, IT IS HEREBY ORDERED that a status conference is scheduled for July 28, 2005, at 9:00 a.m.  IT IS FURTHER ORDERED that, for the reasons stated in the stipulation, the time period from June 16, 2005, to July 28, 2005, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated:  June 20, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge