QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorneys for Defendant
FAITH EURIE-TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S-05-196-PAN |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION CONTINUING |
| v. ) | SENTENCING SCHEDULE; PROPOSED |
| ) | ORDER |
| FAITH EURIE-TURNER, ) | |
| ) | |
| Defendant. ) | Judge: Hon. Peter A. Nowinski |
| ) | |
| _____ ) | |

　　　　Plaintiff United States of America and Defendant FAITH EURIE-TURNER, through their respective attorneys, hereby stipulate and agree to modify and continue the sentence schedule in this matter as follows:

　　　　-- Counsel's written objections to the pre-sentence report shall be delivered no later than October 13, 2005;

　　　　-- The pre-sentence report shall be filed and disclosed no later than October 20, 2005;

　　　　-- Any motion for correction of the pre-sentence report shall be filed no later than October 27, 2005; and

　　　　-- Judgment and sentencing shall be November 3, 2005, at 9:00 a.m.

\　\

1    The draft pre-sentence report was received in a timely manner by
2 both counsel.  However, the Federal Defender's office mistakenly mailed
3 Ms. Eurie-Turner's copy to the wrong address and it was returned.  The
4 report was resent to the correct address, but additional time is needed
5 for Ms. Eurie-Turner to review the report and discuss any possible
6 objections with her counsel.  The probation office has been contacted
7 regarding this continuance and has no objection.

    A proposed order is attached for the Court's convenience.

    Dated: September 27, 2005        Respectfully submitted,

McGREGOR W. SCOTT                    QUIN DENVIR
United States Attorney               Federal Defender


/s/ Daniel Broderick for MCS         /s/ Daniel J. Broderick
MATTHEW C. STEGMAN                   DANIEL J. BRODERICK
Assistant U.S. Attorney              Chief Assistant Federal Defender

Attorneys for Plaintiff              Attorneys for Defendant
UNITED STATES OF AMERICA             FAITH EURIE-TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S-05-196-PAN |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SENTENCING SCHEDULE |
| FAITH EURIE-TURNER, | ) | |
| Defendant. | ) | Judge: Hon. Peter A. Nowinski |
| _____ | ) | |

Pursuant to the stipulation of the parties, filed on September 27, 2005, IT IS HEREBY ORDERED that the sentencing schedule in this case be modified as follows:

-- Counsel's written objections to the pre-sentence report shall be delivered no later than October 13, 2005;

-- The pre-sentence report shall be filed and disclosed no later than October 20, 2005;

-- Any motion for correction of the pre-sentence report shall be filed no later than October 27, 2005; and

-- Judgment and sentencing shall be November 3, 2005, at 9:00 a.m.

IT IS FURTHER ORDERED that a copy of this order shall be served upon U.S. Probation Officer Wendy E. Reyes.

Dated:  October 3, 2005.

        /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

1