IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR S-05-196-PAN |
| | ) |
| Plaintiff, | ) |
| | ) ORDER MODIFYING TERMS OF |
| v. | ) PROBATION AND TERMINATING |
| | ) PROBATION |
| FAITH EURIE-TURNER, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY ORDERED, for the reasons stated in Defendant's November 19, 2009, request for modification of probation to reflect SSI payment in full, and pursuant to the subsequent request of supervising U.S. Probation officer David P. Mitchell, that Defendant Faith Eurie-Turner's probationary term in the above-captioned case is hereby:

1. Modified to reflect payment in full of restitution; and
2. Terminated.

Dated: January 12, 2010.

_____
EDMUND F. BRENNAN
United States Magistrate Judge